JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN HICKS, | Case No. 2:17-cv-03531-JLS (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: August 13, 2018

_____
JOSEPHINE L. STATON
United States District Judge